IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR60 |
| vs. | ORDER |
| RICHARD D. AVILA JR., | |
| Defendant. | |

This matter is before the court on a Request for Transcript by a nonparty, Filing No. 39. The request for the transcript is made by a non-party, Paula Mauldin, as to defendant, Richard D. Avila, Jr. The request asks for the court reporter to transcribe the sentencing hearing held on October 2, 2014. The court finds the request should be granted.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 39) is granted.

2. Court reporter Susan DeVetter is directed to advise Ms. Mauldin of the cost to obtain the transcript. Ms. Maudlin will be responsible for that transcript cost.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party's address pursuant to Filing No. 39.

Dated this 31st day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge